**Order entered June 12, 2013**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00359-CV

### FRANK PYRTLE, III, Appellant

### V.

### ASHANTI JOHNSON PYRTLE, Appellee

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-08-17853**

## ORDER

The Court has before it appellant's May 29, 2013 motion for stay of enforcement of judgment for attorney's fees as child support.  The Court **DENIES** the motion.

/s/     ELIZABETH LANG-MIERS
JUSTICE